**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00407-CV

## IN THE INTEREST OF S.L., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53564-2013**

Before Chief Justice Wright and Justices Lang-Miers and Brown

## ORDER

By motion filed June 19, 2014, the parties inform the Court that they have settled their differences in this suit and jointly move to (1) abate the appeal to permit proceedings in the trial court to effectuate the agreement and (2) dismiss the appeal. *See* TEX. R. CIV. P. 42.1(a)(1),(2)(C). We **GRANT** the parties' request to abate the appeal and **ORDER** the trial court to conduct such proceedings as necessary to effectuate the parties' agreement. We further **ORDER** the parties to file a status report of the trial court proceedings within thirty days of the date of this order. Upon notification that the trial court's proceedings have concluded, the Court will determine the parties' request to dismiss the appeal. We caution the parties that failure to timely file the status report may result in the motion to dismiss being denied and reinstatement of the appellate deadlines.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court of Collin County, Texas and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty-five days from the date of this order or when the status report is filed, whichever occurs sooner.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE